510

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KENT, Appellant. — Judgment, Supreme Court, New York County (Fitzer, J.), rendered on November 15, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Markewich, Fein and Asch, JJ.